EL PUEBLO, DEMANDANTE Y APELADO, *v.* VALDESPINO, ACUSADO Y APELANTE.

Apelación procedente de la Corte de Distrito de Ponce en causa por acometimiento y agresión con agravantes.

No. 1980.—Resuelto en febrero 19, 1923.

SOBRESEIMIENTO DE LA ACUSACIÓN—JUICIO RÁPIDO.—Los 120 días a que se refiere el artículo 448 del Código de Enjuiciamiento Criminal se cuentan desde que

la acusación es presentada, pero el tiempo que se consuma en mociones dila-
torias y en sus resoluciones es una buena causa de excusa para justificar la
demora y no sobreseer la causa.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. P. Baigés Gómez.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión
del tribunal.

El Gran Jurado acusó a Ernesto Valdespino de un delito
de ataque para cometer asesinato y celebrado el juicio se le
declaró culpable de acometimiento y agresión con circuns-
tancias agravantes. El acusado, no conforme con la sen-
tencia que le impuso dos años de cárcel, apeló para ante esta
Corte Suprema, solicitando su revocación.

Si bien se ha elevado una exposición del caso, no aparece
que el apelante haya presentado alegato para sostener el
presente recurso. Esta omisión del apelante sería un mo-
tivo para que desestimáramos la apelación, pero teniendo en
cuenta que de la transcripción de autos resulta que el acu-
sado antes de la celebración del juicio había solicitado el so-
breseimiento de la acusación fundándose en el artículo 448,
inciso 2°., del Código de Enjuiciamiento Criminal, conside-
ramos que se trata de una cuestión que debemos resolver
en este caso.

La acusación se presentó el 30 de diciembre de 1921 y el
juicio fué celebrado el 9 de mayo de 1922. Resulta clara-
mente que los 120 días de que trata el artículo 448, *supra*,
habían expirado el 30 de abril de 1922. La corte inferior,
sin embargo, denegó la moción y se fundó en que el acusado,
al dársele lectura a la acusación, pidió que se le concediera
hasta el 9 de enero de 1922 para contestar dicha acusación,
y al llegar a esa fecha pidió nueva prórroga para contestar,
lo cual vino a hacerse por el acusado el 23 de enero de 1922,
y estimó como causa justa de la demora las mociones dila-
torias del acusado presentadas dentro del período de los 120

días.  En este sentido creemos que la corte inferior estuvo justificada al declarar sin lugar la moción de sobreseimiento porque según se dijo por esta Corte Suprema en el caso de *El Pueblo* v. *Díaz et al.,* 22 D. P. R. 191, los 120 días dentro de los cuales debe celebrarse el juicio en causas criminales se cuentan desde que la acusación es presentada, pero el tiempo que se consuma en mociones dilatorias y en sus resoluciones es una buena causa de excusa para justificar la demora y no sobreseer la causa.  No aparece tampoco que el juez inferior, al considerar la justa causa en este caso concreto, se haya excedido en sus facultades discrecionales para apreciarla ni tal cosa se ha intentado demostrar por el acusado.

Por lo demás, no aparece de la transcripción de autos error alguno que apreciar cometido por la corte inferior, por todo lo cual la sentencia debe confirmarse.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.